IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gage, Derwin W

Printed: 2/5/08

Case Number: 06 B 10660
Judge: Squires, John H
Filed: 8/29/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 14, 2007
Confirmed: November 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 19,831.00 |  |
| Secured: |  | 18,820.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,002.42 |
| Other Funds: |  | 8.46 |
| Totals: | 19,831.00 | 19,831.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | HomEq Servicing Corp | Secured | 23,322.72 | 14,992.10 |
| 2. | Consumer Portfolio Services | Secured | 12,615.99 | 2,268.21 |
| 3. | City Of Chicago | Secured | 124.03 | 48.00 |
| 4. | HomEq Servicing Corp | Secured | 14,881.82 | 1,511.81 |
| 5. | Peoples Energy Corp | Unsecured | 1,006.38 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 357.60 | 0.00 |
| 7. | Chicago Municipal Employees CU | Unsecured | 594.97 | 0.00 |
| 8. | Internal Revenue Service | Priority |  | No Claim Filed |
| 9. | Chicago Pediatric Care Inc | Unsecured |  | No Claim Filed |
| 10. | MCS | Unsecured |  | No Claim Filed |
| 11. | Chicago Sun Times | Unsecured |  | No Claim Filed |
| 12. | Community Radiology Ltd | Unsecured |  | No Claim Filed |
| 13. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 14. | Dr Patricia M Boatwright | Unsecured |  | No Claim Filed |
| 15. | Evergreen Health Care | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 18. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 19. | Loyola University Phys Foundation | Unsecured |  | No Claim Filed |
| 20. | DR M S Narayan | Unsecured |  | No Claim Filed |
| 21. | DR M S Narayan | Unsecured |  | No Claim Filed |
| 22. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 23. | MRSI | Unsecured |  | No Claim Filed |
| 24. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 25. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gage, Derwin W | Case Number: 06 B 10660 |
|---|---|
| | Judge: Squires, John H |
| Printed: 2/5/08 | Filed: 8/29/06 |

| | | | |
|---|---|---|---|
| 26. Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 27. University Pathologists PC | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 52,903.51 | $ 18,820.12 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 543.93 |
| 5.4% | 458.49 |
| | _____ |
| | $ 1,002.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____